UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN J. SCHNEIDER and
SHELLEY L. SCHNEIDER,

    Plaintiffs,

v.                                            Case No. 8:05-cv-126-T-26MAP

GMAC MORTGAGE CORPORATION,
d/b/a Ditech.com,

    Defendant.
_____/

## CONSENT ORDER DISMISSING MATTER WITH PREJUDICE

The parties hereto, by their respective undersigned counsel, have advised the Court that they have agreed to a settlement of this matter; and have agreed to this matter's voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a); and that the parties and their counsel require additional time to document and effectuate their settlement and the settlement of related litigation;

**IT IS ORDERED** that, subject only to further action by the Court upon motion by either party, this matter is dismissed with prejudice, with said dismissal effective as of sixty (60) days from the date of this Order.

**DATED** at Tampa, Florida, this __26th__ day of September, 2005.

                                                                                      s/
                                                            **RICHARD A. LAZZARA**
                                                            **UNITED STATES DISTRICT JUDGE**

**CONFORMED COPIES TO**:
Counsel of Record